UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
AMANDA KOLODZIE          CASE NO.: **6:10-bk-04525-KSJ**

CHAPTER 7

Debtor.
_____/

## AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

STATE OF _California_
COUNTY OF _San Diego_

BEFORE ME, the undersigned authority personally appeared _Mayra Porras_, who after being duly sworn and upon oath, deposes and says:

1. I, _Mayra Porras_ am the _Supervisor_ of Chase Home Finance LLC, (hereinafter "Movant") and have personal knowledge of the facts stated herein.

2. I have authority to make this affidavit. Further, I have personally reviewed the records of Chase Home Finance LLC and make this Affidavit based upon personal knowledge obtained therein. The information hereinafter given is contained in the original books and records maintained in the office of said servicing agent. Affiant has personal knowledge of the books and records and how they are maintained as they relate to the mortgage loan in question and are kept in the course of a regularly conducted business activity.

3. On April 11, 2008, First Horizon Home Loans, A Division of First Tennessee Bank N. A. was given an executed note and mortgage from the Debtor(s), Bruce Andrews and Amanda Kolodzie, in the amount of $162,450.00.

4. The Mortgage encumbered property, more particularly described as follows:

LOT 209, SUNRISE UNIT TWO, "C" ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 28, PAGE 43, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

AKA: 1222 Madelena Ave, Winter Springs, FL 32708

5. Debtor(s), Bruce Andrews and Amanda Kolodzie, failed to make payments and is currently due for the April 1, 2009 payment and all subsequent payments.

6. The principal balance due is $160,871.90.

7. Pursuant to the Debtor'(s) Statement of Intention the Debtor(s) intends to surrender the collateral.

FURTHER AFFIANT SAYETH NAUGHT.

Signature: _Mayra Porras_
Name Typed and Printed: Mayra Porras
Title: Supervisor
Company: Chase Home Finance

SWORN TO AND SUBSCRIBED before me this 28 day of April, 2010 by Mayra Porras who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC STATE OF CA

DAVID HAYCOCK
COMM. #1836035
Notary Public - California
San Diego County
My Comm. Expires Feb. 12, 2013

Notary's Name Printed:
My Commission Expires: